**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STACI VALDEZ, DANIELLE KERSTETTER, KYLE KERSTETTER, JOSH TEPERSON, and ANGELA WALDNER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KELLOGG SUPPLY, INC., a California corporation, and DOES 1-20, inclusive,

Defendants.

Case No. 1:26-cv-08438-NSR

**PARTIAL ORDER OF DISMISSAL**

Defendants' motion seeking dismissal of all claims asserted by the Plaintiffs under California law is granted without opposition. (ECF No. 28.) In support of their motion, the Defendants rely on the September 2, 2026 order of the Honorable Judge Cathy Ann Bencivengo of the Southern District of California which dismissed all of Plaintiffs Staci Valdez, Danielle Kerstetter, Kyle Kerstetter, and Josh Teperson's claims under California law and denied them leave to amend. *See* Dkt. No. 23-1.

Accordingly, the Court hereby dismisses all claims in favor of Defendant Kellogg Supply, Inc., as to all of Plaintiffs Staci Valdez, Danielle Kerstetter, Kyle Kerstetter, and Josh Teperson's claims brought in this case, including under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et al.*; California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code §§ 17500, *et al.*; California's Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750, *et al.*; Breach of Express Warranty, Cal. Com. Code § 2313; Breach of Implied Warranty, Cal. Com. Code. § 2314; and Unjust Enrichment. All that remains are claims asserted under New York State law.

Defendants are directed to respond to the Complaint within twenty-one days of this order. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 28.

Dated this 26 day of October, 2026

_ HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE